■ Rose Glazer, Respondent-Appellant, v. Abraham M. Glazer, Appellant-Respondent.— Motion by appellant husband to vacate a provision of this court's prior order which directed him to pay current alimony and arrears of alimony, denied. Motion by appellant husband for leave to submit the original exhibits on the argument of the appeal, in lieu of typewritten or printed copies, granted. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Arthur Shactman et al., Individually and as Copartners, Respondents, v. Masters-Lake Success, Inc., et al., Appellants.— Motion by appellants to extend their time to answer respondents' amended complaint. Motion granted, as indicated below. Appellants' time is extended until 10 days after entry of the order determining the appeal, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 18, 1962. Beldock, P. J., Ughetta, Christ and Brennan, JJ., concur; Kleinfeld, J., not voting.

■ The People of the State of New York, Respondent, v. Carmine Franzese, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ The People of the State of New York, Respondent, v. Hector Guzman, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion by appellant to have appeal added to the calendar for the January 1962 Term, granted; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) Rose Factors Co., Respondent, v. Charles H. Schwarz et al., Appellants, et al., Defendants. (B) Joseph Rosenfeld, Appellant, v. Barwel Mfg. Co., Inc., et al., Respondents.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ David Seligman, Respondent, v. Edward J. Gerlach, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.